| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Bear Metal Welding & Fabrication, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
11-3715415

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 948 N. Ridge Avenue<br>Lombard, IL 60148 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| DuPage | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
http://www.bearmetalwelding.com/

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Bear Metal Welding & Fabrication, Inc.**  Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　**3329**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Bear Metal Welding & Fabrication, Inc.** Case number (*if known*)
    Name

| | | |
|---|---|---|
| **11.** **Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No | |
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** (*Check all that apply*.) | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| |     What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| |     Number, Street, City, State & ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes. Insurance agency _____ | |
| |     Contact name _____ | |
| |     Phone _____ | |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** **Debtor's estimation of available funds** | . *Check one:* | |
| | ■ Funds will be available for distribution to unsecured creditors. | |
| | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. | |

| | | | |
|---|---|---|---|
| **14.** **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Bear Metal Welding & Fabrication, Inc.**                    Case number (*if known*)
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 14, 2017**
              MM / DD / YYYY

**X /s/ Dean Mormino**                                    **Dean Mormino**
Signature of authorized representative of debtor           Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Abraham Brustein**                                Date **August 14, 2017**
Signature of attorney for debtor                                MM / DD / YYYY

**Abraham Brustein**
Printed name

**DiMonte and Lizak, LLC**
Firm name

**216 Higgins Road**
**Park Ridge, IL 60068**
Number, Street, City, State & ZIP Code

Contact phone  **(847) 698-9600**    Email address

**0327662**
Bar number and State

Debtor  Bear Metal Welding & Fabrication, Inc.  _____ Case number (if known) _____
        Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 14, 2017**
             MM / DD / YYYY

X _____            **Dean Mormino**
Signature of authorized representative of debtor   Printed name

Title  **President**

**18. Signature of attorney**

X _____            Date  **August 14, 2017**
Signature of attorney for debtor                    MM / DD / YYYY

**Abraham Brustein**
Printed name

**DiMonte and Lizak, LLC**
Firm name

**216 Higgins Road**
**Park Ridge, IL 60068**
Number, Street, City, State & ZIP Code

Contact phone  **(847) 698-9600**    Email address  **abrustein@dimontelaw.com**

**0327662**
Bar number and State

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 4

### Shareholder/Director Authorization for Filing of Chapter 11 Reorganization

The undersigned, being the sole shareholder and director of Bear Metal Welding & Fabrication, Inc., a Illinois limited liability company ("Company"), hereby approves, authorizes, consents to and adopts the following actions ("Consent") and expressly waives any requirement under the Company's by-laws that the matters contained in this Consent be considered at a formal meeting of the shareholders or directors.

### Commencement of Chapter 11 Case

The shareholder/director has determined, after consultation with the Company's attorneys, that it is both desirable and in the best interest of the Company that the Company file a petition for relief under Chapter 11 of the Bankruptcy Code to avoid a judicial sale of the property from which it operates its business. Based on the foregoing, the officers of the Company are authorized, empowered, and directed to file a Chapter 11 bankruptcy petition for the Company in the United States Bankruptcy Court for the Northern District of Illinois at such time as the officers deem appropriate.

The officers are further authorized, empowered, and directed to take and perform any and all further acts and deeds they deem necessary, appropriate, or desirable in connection with the Company's Chapter 11 case.

### Retention of Additional Advisors and Consultants

The Company's Managers are authorized, empowered, and directed to retain or employ attorneys, accountants, financial advisors, and other professionals to assist and advise them on all matters relating to the Chapter 11 case to the extent they deem such retention necessary, appropriate, or advisable.

Bear Metal Welding & Fabrication, Inc.

By: _____
Dean Mormino, its shareholder and director

Date: 8/7/17

## DECLARATION OF DEAN MORMINO

I, Dean Mormino, declare under penalty of perjury, as provided for in 28 U.S.C. § 1746, that the following is true and correct:

1. I am the sole shareholder sole director and president of Bear Metal Welding & Fabrication, Inc. ("Company").

2. I am submitting this declaration in compliance with 11 U.S.C. §1116(1)(B).

3. The Company's most recent tax return is attached its Chapter 11 petition.

4. At this time, the Company does not have available to it a balance sheet, statement of operations, or cash-flow statement.

_____
Dean Mormino, its President

Date: August 14, 2017

**Fill in this information to identify the case:**

Debtor name  **Bear Metal Welding & Fabrication, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration      **Creditors Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 14, 2017**   X **/s/ Dean Mormino**
                                    Signature of individual signing on behalf of debtor

                                    **Dean Mormino**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Official Form 202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: **Bear Metal Welding & Fabrication, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Creditors Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 14, 2017**    X _____
Signature of individual signing on behalf of debtor

**Dean Mormino**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **Bear Metal Welding & Fabrication, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101** | | **Property covered by 26 U.S.C. § 6321** | **Disputed** | **$55,342.60** | **$0.00** | **$55,342.60** |
| **Charles Whitlock 11 Quails Run Blvd. Unit 6 Englewood, FL 34223** | | | | | | **$41,239.34** |
| **Fifth Third PO Box 740523 Cincinnati, OH 45274** | | | **Disputed** | | | **$35,000.00** |
| **Myers & Filbert 17 North Sixth Street Geneva, IL 60134** | | | **Disputed** | | | **$11,000.00** |
| **IL Dept. of Employment Security Benefit Payment Control Division PO Box 4385 Chicago, IL 60680** | | **Property covered by 820 ILCS 405/2400.** | **Disputed** | **$8,746.92** | **$0.00** | **$8,746.92** |
| **Cordial Electric 21W036 Glen Park Drive Lombard, IL 60148** | | | **Disputed** | | | **$8,313.00** |
| **DuPage County Collector Gwen Henry, CPA 421 N. County Farm Road Wheaton, IL 60187** | | **948 N. Ridge, Lombard, Illinois 60148** | | **$7,993.14** | **$0.00** | **$7,993.14** |

Debtor **Bear Metal Welding & Fabrication, Inc.**     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Illinois Department of Revenue Bankruptcy Unit PO Box 19035 Springfield, IL 62794** | | **Property covered by 35 ILCS 5/1101** | **Disputed** | $7,592.35 | $0.00 | $7,592.35 |
| **Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101** | | **Property covered by 26 U.S.C. § 6321** | **Disputed** | $6,848.62 | $0.00 | $6,848.62 |
| **O'Hare Mechanical Contractors 95 Gaylord Elk Grove Village, IL 60007** | | | **Disputed** | | | $5,000.00 |
| **Terrace Supply 1397 Glenlake Avenue Itasca, IL 60143** | | | **Disputed** | | | $3,118.28 |
| **Arnell Steel Corporation 750 N. Harvard Avenue Villa Park, IL 60181** | | | | | | $2,471.03 |
| **Chase Card Member Services PO Box 15153 Wilmington, DE 19886** | | | **Disputed** | | | $1,822.39 |
| **Howard & Howard Stacie A. Schenk 450 West Fourth Street Royal Oak, MI 48067** | | | **Disputed** | | | $1,583.52 |
| **Commerce Bank PO Box 8060000 Kansas City, MO 64180** | | | **Disputed** | | | $1,514.35 |
| **Michele J. Braun, Esq. Law Offices of Michele J. Braun 1906 Maplewood Road Northbrook, IL 60062** | | **Legal fees.** | **Disputed** | | | $1,010.00 |
| **Home Depot Processing Center Des Moines, IA 50364-0500** | | | **Disputed** | | | $982.94 |

Debtor **Bear Metal Welding & Fabrication, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Staples**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | | | | | | **$555.25** |
| **De Sio Franzen & Associates, Ltd.**<br>**28371 Davis Parkway, Unit 103**<br>**Warrenville, IL 60555** | | | **Disputed** | | | **$393.41** |
| **Bank of America**<br>**PO Box 5859**<br>**Harlan, IA 51593** | | | **Disputed** | | | **$102.96** |

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Bear Metal Welding & Fabrication, Inc.**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **32**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **August 14, 2017**

**/s/ Dean Mormino**
**Dean Mormino**/**President**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Bear Metal Welding & Fabrication, Inc.**                                 Case No.
                                     Debtor(s)                                     Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    32

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 14, 2017**                                   _____
                                                              Dean Mormino/President
                                                              Signer/Title

```
ADS (Alarm Detection Systems, Inc.)
1111 Church Road
Aurora, IL 60505


ADT Security
PO Box 650485
Dallas, TX 75265


Arnell Steel Corporation
750 N. Harvard Avenue
Villa Park, IL 60181


Bank of America
PO Box 5859
Harlan, IA 51593


Charles Whitlock
11 Quails Run Blvd. Unit 6
Englewood, FL 34223


Chase
Card Member Services
PO Box 15153
Wilmington, DE 19886


Citi Cards
Processing Center
Des Moines, IA 50363


Comcast
PO Box 3001
Southeastern, PA 19398


ComEd
PO Box 6111
Carol Stream, IL 60197


Commerce Bank
PO Box 8060000
Kansas City, MO 64180


Cordial Electric
21W036 Glen Park Drive
Lombard, IL 60148
```

David L. Hazan
Diver, Grach, Quade & Masini, LLP
111 N. County Street
Waukegan, IL 60085


De Sio Franzen & Associates, Ltd.
28371 Davis Parkway, Unit 103
Warrenville, IL 60555


Dean Mormino
25 S. Lodge
Lombard, IL 60148


Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Discover Card
PO Box 6103
Carol Stream, IL 60197


DuPage County Collector
Gwen Henry, CPA
421 N. County Farm Road
Wheaton, IL 60187


Fifth Third
PO Box 740523
Cincinnati, OH 45274


Home Depot
Processing Center
Des Moines, IA 50364-0500


Howard & Howard
Stacie A. Schenk
450 West Fourth Street
Royal Oak, MI 48067


IL Dept. of Employment Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794


Menards
PO Box 17602
Baltimore, MD 21297


Michele J. Braun, Esq.
Law Offices of Michele J. Braun
1906 Maplewood Road
Northbrook, IL 60062


Myers & Filbert
17 North Sixth Street
Geneva, IL 60134


Nicor Gas
PO Box 2020
Aurora, IL 60507


O'Hare Mechanical Contractors
95 Gaylord
Elk Grove Village, IL 60007


QCB Properties, LLC
740 Waukegan Road, Suite 404
Deerfield, IL 60015


Staples
PO Box
689020
Des Moines, IA 50368


Terrace Supply
1397 Glenlake Avenue
Itasca, IL 60143


Village of Lombard
PO Box 5610
Carol Stream, IL 60197

```
Waste Management
PO Box 4647
Carol Stream, IL 60197
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Bear Metal Welding & Fabrication, Inc.**               Case No.
                                    Debtor(s)                    Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Bear Metal Welding & Fabrication, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dean Mormino**
**25 S. Lodge Lane**
**Lombard, IL 60148**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 14, 2017** | **/s/ Abraham Brustein** |
| Date | **Abraham Brustein 0327662** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Bear Metal Welding & Fabrication, Inc.** |
| | **DiMonte and Lizak, LLC** |
| | **216 Higgins Road** |
| | **Park Ridge, IL 60068** |
| | **(847) 698-9600 Fax:(847) 698-9623** |

# United States Bankruptcy Court
## Northern District of Illinois

In re  Bear Metal Welding & Fabrication, Inc.
                                    Debtor(s)

Case No. _____
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Bear Metal Welding & Fabrication, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dean Mormino**
**25 S. Lodge Lane**
**Lombard, IL 60148**

☐ None [*Check if applicable*]

August 14, 2017
Date

*[signature]*
**Abraham Brustein 0327662**
Signature of Attorney or Litigant
Counsel for   Bear Metal Welding & Fabrication, Inc.
**DiMonte and Lizak, LLC**
**216 Higgins Road**
**Park Ridge, IL 60068**
**(847) 698-9600 Fax:(847) 698-9623**