## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-24246 |
| | ) | |
| Bear Metal Welding & Fabrication, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | Judge Deborah L. Thorne |

### NOTICE OF MOTION

To:   See service list attached.

PLEASE TAKE NOTICE that on the day of 17th day of May, 2018, at 9:30 a.m., or as soon as counsel may be heard, I shall appear before the Honorable Deborah L. Thorne in Room 613 of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Debtor's Motion for Conditional Approval of Disclosure Statement, and Schedule for Solicitation of Acceptances of Plan of Reorganization and Scheduling a Combined Hearing on Final Approval of Disclosure Statement and Confirmation of Plan,** a copy of which is hereby served upon you.

                                                                 Bear Metal Welding & Fabrication, Inc.

                                  By:   /s/ Abraham Brustein
                                           One of its attorneys

Abraham Brustein, #0327662
Julia Jensen Smolka, #6272466
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: abrustein@dimontelaw.com
       jsmolka@dimontelaw.com

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certifies that by 5:00 p.m. on the 11th day of May, 2018, she caused to be served upon the persons list listed below, via the court's CM/ECF system, and via Email, a copy of **Debtor's Motion for Conditional Approval of Disclosure Statement, and Schedule for Solicitation of Acceptances of Plan of Reorganization and Scheduling a Combined Hearing on Final Approval of Disclosure Statement and Confirmation of Plan,** and this Notice.

/s/ Jenna Jarke

### Service List

**Via ECF**

Patrick S. Layng
United States Trustee, Region 11
219 S. Dearborn Street #873
Chicago, IL 60604

David L. Hazan
Diver, Grach, Quade & Masini, LLP
111 N. County Street
Waukegan, IL 60085
Email: dlhazan@divergrach.com

**Via Email**

Michael Kelly
United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
Email: Michael.Kelly@usdoj.gov

Ha Nguyen
United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
Email: ha.nguyen@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-24246 |
| | ) | |
| Bear Metal Welding & Fabrication, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | Judge Deborah L. Thorne |

**DEBTOR'S MOTION FOR CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT, AND SCHEDULE FOR SOLICITATION OF ACCEPTANCES OF PLAN OF REORGANIZATION AND SCHEDULING A COMBINED HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN**

Bear Metal Welding & Fabrication, Inc., the Debtor, by its undersigned attorneys, moves pursuant to Sections 105(a), 1121(e), and 1125(f) of the Bankruptcy Code for entry of an order that provides for conditional approval of its disclosure statement and setting of a combined hearing on disclosure statement and its plan of reorganization. In support of this Motion, the Debtor states as follows:

### Introduction

1. The Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on August 14, 2017 ("Petition Date").

2. No trustee has been appointed to this case. Debtor continues to operate its business as Debtor-in-Possession pursuant to the provisions of Sections 1107 and 1108 of the Bankruptcy Code. No committee has been appointed as of the date of this Motion.

3. Bear Metal has been in business since 1997. It incorporated under the laws of the State of Illinois in 2002. Dean Mormino has been its principal officer at all times since the Debtor began business operations. Mr. Mormino has been the sole shareholder, director and the president since 2012 when his marriage to Melisa Mormino was dissolved. Prior to the dissolution of their marriage, Melisa Mormino was a shareholder of the Debtor.

4.    Bear Metal is in the business of providing fabrication and repair of metals to commercial and consumer markets. The Debtor owns the real estate from which it conducts its business. However, its business income is derived from its manufacturing and related service operations, not from rents or other income incidental to the ownership of real estate.

5.    This case is a small business case within the meaning of § 101(51C) of the Bankruptcy Code. The Debtor is small business debtor within the meaning of § 101(51D) of the Bankruptcy Code.  The Debtor's Petition (Dkt. No. 1) and its Schedules (Dkt. No. 14) confirm its status as a small business debtor. Debtor's noncontingent liquidated secured and unsecured debts as of the petition date were not more than $2,566,050.

### Debtor's Plan and Disclosure Statement

6.    The Debtor filed its Plan of Reorganization (Dkt. No. 83)("Plan") and its Disclosure Statement (Dkt. No. 84) on May 10, 2018.

7.    The Plan provides for payment of all creditor claims, in full over a period not to exceed 6 years from the effective date of confirmation.

8.    The Debtor filed its Plan and Disclosure Statement within 300 days of the Petition Date. Pursuant to §§1121(e) and 1129(e) the confirmation of the Plan should occur not later than 45 days after the Plan is filed.

9.     Pursuant to §§1125(f), the court may conditionally approve a disclosure statement in a small business case and then schedule a combined hearing on the disclosure statement and the plan provided that the conditionally approved disclosure statement and plan are transmitted to creditors at least 25 days before the date of the hearing on confirmation of the Plan.

10. The Debtor seeks to schedule a hearing at which the court can consider conditional approval of the Disclosure Statement and authorizing a combined hearing on the Disclosure Statement and Plan in order to meet the 45 deadline, without having to seek an extension, which the Court may grant pursuant to §1121(e)(3).

11. This Court has jurisdiction to grant the relief requested in this Motion as a core proceeding with the meaning of 28 U.S.C. §§1334(b), 157(a) and 157(b)(2)(A).

Respectfully submitted,

Bear Metal Welding & Fabrication, Inc.

By:   /s/ Abraham Brustein

Abraham Brustein, #0327662
Julia Jensen Smolka, #6272466
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
847-698-9600
abrustein@dimontelaw.com
jsmolka@dimontelaw.com